HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LI,<br><br>Defendant. | Nos.  Cr. S 08-389 GEB<br>         Cr. S 08-390 GEB<br>         Cr. S 08-391 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, JOHN LI by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On June 24, 2011, this Court sentenced Mr. Li to a term of 102 months imprisonment on Count 3 of Case No. Cr. 08-389, to be served concurrently with Count 2 of Case No. 08-390 and Count 6 of Case No. 08-391, for a total term of 102 months;

3. His total offense level was 31, his criminal history category was II, the resulting guideline range was 121 to 151 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Li was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Li's total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months; a reduction comparable to the one received at the initial sentencing would produce a term of 81 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Li's term of imprisonment to a total term of 81 months.

Respectfully submitted,

Dated:  January 6, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 6, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JOHN LI

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Li is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months. A reduction comparable to the one received at the initial sentencing would produce a term of 81 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2011 is reduced to a term of 81 months imprisonment on Count 3 of Case No. Cr. 08-389, to be served

1  concurrently with Count 2 of Case No. 08-390, and Count 6 of Case No. 08-391, for a total term
2  of 81 months.
3       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
5  reduction in sentence, and shall serve certified copies of the amended judgment on the United
6  States Bureau of Prisons and the United States Probation Office.
7       Unless otherwise ordered, Mr. Li shall report to the United States Probation Office within
8  seventy-two hours after his release.
9  Dated:  January 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge